IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **ADA GRIDER** | |
| **PLAINTIFF** | **Civil Action No. 1:20CV-00030-GNS** |
| v. | CHIEF JUDGE GREG N. STIVERS |
| **MARINER FINANCE, LLC, et al.** | |
| **DEFENDANTS** | |

**ORDER**

Pursuant to the Federal Rules of Civil Procedure, the Court hereby **ORDERS**:

1. **Magistrate Judge H. Brent Brennenstuhl** will conduct a **Rule 16 Scheduling Conference** on **September 3, 2020, at 10:30 AM CDT.** The conference will be conducted **telephonically** with the Court to initiate the call. **Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be schedule, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. Fed. R. Civ. P. 16(c) and (f).

**If the parties fail to *TIMELY* file the written joint report required by paragraph 4 herein, the Rule 16 Scheduling Conference will not be telephonic, but shall be held in the chambers of Magistrate Judge H. Brent Brennenstuhl, U.S. Courthouse, 241 East Main Street, Bowling Green, Kentucky, on the day and time stated above. *ALL* counsel of record and unrepresented parties shall attend in person.**

      Requests for a change of the conference date shall be made to the Magistrate Judge's Case Manager, Kelly Lovell, at 270-393-2507.

    2.    The agenda for the conference shall include all of the items set forth in Rule 16(c), Federal Rules of Civil Procedure, including but not limited to:

        a.    The formulation and simplification of the issues.

        b.    Admissions of fact, stipulations and avoidance of cumulative evidence.

        c.    Consideration of the discovery plan and review of the automatic initial required disclosures.

        d.    The possibility of settlement or the use of alternative methods of dispute resolution, including mediation.

        e.    The need to adopt special procedures for managing potentially difficult or complex issues.

    3.    **No later than August 13, 2020,** counsel for the parties shall conduct the meeting of parties required by Rule 26(f) to discuss the nature and basis of their claims and defenses, the possibilities for a prompt settlement or resolution of the case, the exchange of initial disclosures required by Rule 26(a)(1) and to develop a proposed litigation plan.

    4.    **No later than August 27, 2020,** counsel for the parties shall file a written joint report outlining the proposed discovery plan. This report shall advise the Court as to the following information:

        a.    the parties' views and proposals required by Rule 26(f);

        b.    the length of time counsel reasonably believes will be necessary to join other parties and to amend the pleadings;

        c.    the length of time counsel reasonably believes will be necessary to file dispositive motions; in setting a dispositive motion deadline, the Court will establish the same date for the filing of Daubert motions;

        d.    the length of time counsel reasonably believes will be necessary to complete all pretrial discovery, including expert witness discovery; and

   e. the length of time counsel reasonably believes will be necessary for the parties to make the expert disclosures required by Rule 26(a)(2), with these disclosures to be made during the pretrial discovery phase of the case.

  5. The joint report referred to in paragraph 4 should also contain a statement as to whether the parties have discussed referral of this case to the United States Magistrate Judge for all purposes in the case, including trial, entry of a final judgment, and all post judgment proceedings, pursuant to Title 28 United States Code, Section 636(c) and Rule 73 of the Federal Rules of Civil Procedure and LR 73.1. Should **all parties** agree to consent, the required form is attached for completion and subsequent filing with the Clerk of the Court.

  6. If there is disagreement between the parties as to the specifics of the proposed litigation plan, the parties shall set out the nature of the disagreement in their joint report.

          ENTERED BY ORDER OF COURT
          CHIEF JUDGE GREG N. STIVERS
          UNITED STATES DISTRICT COURT
          VANESSA L. ARMSTRONG, CLERK

Date: <u>July 22, 2020</u>      By: /s/ *Traci J. Duff*
              Traci J. Duff, Deputy Clerk

Copies to: Counsel of record
     Kelly Lovell

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| ADA GRIDER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-00030-GNS-HBB |
| MARINER FINANCE, LLC, et al. | ) |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.