# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

| | |
|---|---|
| Ada Grider<br>*Plaintiff*<br><br>v.<br><br>Mariner Finance, LLC *et al.*<br>*Defendants* | )<br>)<br>)<br>)  Case No. 1:20-cv-00030-GNS<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC

Please take notice that Plaintiff, Ada Grider, has reached a settlement with Defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Ada Grider*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Ada Grider*

## CERTIFICATE OF SERVICE

 This is to certify that I filed the foregoing via the Court's CM/ECF system on this 30th day of July, 2020, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*
*Ada Grider*