UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

---

| | |
|---|---|
| ADA GRIDER,<br>        Plaintiff, | CASE NO. 1:20-cv-00030-GNS-HBB<br>**ELECTRONICALLY FILED** |
| vs. | Judge Greg N. Stivers<br>Magistrate Judge H. Brent Brennenstuhl |
| MARINER FINANCE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC;<br>        Defendants. | |

---

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Ada Grider, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Ada Grider against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Ada Grider and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.



September 1, 2020

DISTRIBUTION TO:

| | |
|---|---|
| James H. Lawson, Esq.<br>james@kyconsumerlaw.com | James R. McKenzie, Esq.<br>jmckenzie@jmckenzielaw.com |
| Anna-Katrina S. Christakis, Esq.<br>kchristakis@pilgrimschristakis.com | Christopher L. Thacker, Esq.<br>ctacker@blfky.com |
| Sandra Davis Jansen, Esq.<br>sjansen@schuckitlaw.com | |